IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUE WILSON as next friend of § | |
| BILLY RAY JOHNSON § | |
| and LUE WILSON, § | |
| Plaintiffs, § | CIVIL ACTION NO. 5-07-CV-99 (TJW) |
| § | |
| v. § | |
| § | |
| DONALD W. DOWD et. al,. § | |
| Defendants. | |

**ORDER**

Before the court is Plaintiffs' Motion to Set Aside Orders (D.I. #101) On March 13, 2008, the court sanctioned Plaintiffs' counsel, Claudene Arrington, because of her failure to abide by this courts orders, her use of the judicial system to harass the Judicial Defendants, and her abuse of the time and resources of two different judicial branches of government. Plaintiffs' counsel now files this Motion, arguing this court did not have jurisdiction to sanction Ms. Arrington after the appeal was filed.

Plaintiffs' counsel has failed to cite the well established controlling case law on this issue. This court is not divested of jurisdiction to sanction Ms. Arrington in this case after the appeal was filed. *See, Thomas v. Capital Sec. Services, Inc.*, 812 F.2d 984, 987 (5th Cir. 1987). The Motion, therefore, is DENIED.

SIGNED this 22ndday of October, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE